UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DIANA PATTERSON, | Case No. 2:21-cv-00098-BHL |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS CAPITAL ONE BANK USA, N.A. WITH PREJUDICE** |
| CAPITAL ONE BANK USA, N.A. | |
| Defendant. | |

Plaintiff Diana Patterson and Defendant Capital One Bank USA, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss all claims in this action as to Capital One Bank USA, N.A., with prejudice, each party to bear its own attorneys' fees and costs.

Dated: June 22, 2021

| | |
|---|---|
| */s/ Elliot Gale* | */s/ Karla Vehrs* |
| Elliot Gale | Karla Vehrs |
| **GALE, ANGELO, JOHNSON, & PRUETT, P.C.** | **BALLARD SPAHR LLP** |
| 1430 Blue Oaks Blvd., Suite 250 | 2000 IDS Center, 80 South 8th St. |
| Roseville, CA 95747 | Minneapolis, MN 55402 |
| Telephone: (916) 290-7778 | Telephone: 612-371-2449 |
| Facsimile: (916) 721-2767 | Facsimile: 612-371-3207 |
| Email: egale@gajplaw.com | Email: vehrsk@ballardspahr.com |